# Averett & Griffin *v.* Milner & Wilson.

### *Action for Recovery of Personal Property in Specie.*

1.   *Detinue ; when judgment by default erroneous.*—In the statutory action for the recovery of personal property *in specie*, a judgment by default in favor of the plaintiff is erroneous, when the verdict of the jury does not ascertain the alternate value of the property sued for.   ·

APPEAL from Jefferson Circuit Court.

Tried before Hon. S. H. SPROTT.

This was an action under the statute for the recovery of designated articles of personal property *in specie*, brought by the appellees against the appellants, and was commenced on 22nd November, 1882.   A judgment by default having been entered, on a subsequent day of the term, a writ of inquiry was executed, the jury, by their verdict, assessing the plaintiffs' damages for the detention of the property, but failing to ascertain the alternate value of the property.   No judgment was rendered for such value.   The judgment rendered is here made the basis of the assignments of error.

R. J. LOWE, for appellant, cited *Smith v. Wiggins*, 3 Stew. 221 ; *Bell v. Pharr*, 7 Ala. 807 ; *Cummings v. Tindall*, 4 Stew. & Port. 357 ; *Brown v. Brown*, 5 Ala. 508 ; *Wittick, Adm'r, v. Keiffer*, 31 Ala. 199 ; *Chandler v. Jones*, 56 Ala. 595.

Name of appellee's counsel not disclosed by the record.

[Watson v. Martin, Adm'r.]

BRICKELL, C. J.—In an action for the "recovery of personal property *in specie*," which corresponds to the common-law action of detinue, a judgment by default in favor of the plaintiff is erroneous, if the verdict of the jury does not ascertain the alternate value of the chattels.—Code of 1876, § 2944; *Cummings v. Tindall,* 4 St. & Port. 357; *Bell v. Pharr,* 7 Ala. 807.

Reversed and remanded.